UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAWN A. FINLEY, | |
| Petitioner, | |
| v. | Civil No. 16-cv-706-JPG |
| UNITED STATES OF AMERICA, | Criminal No. 05-cr-40087-JPG-001 |
| Respondent. | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Shawn A. Finley's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Shawn A. Finley, and that this case is dismissed with prejudice.

**DATED: August 16, 2016**              JUSTINE FLANAGAN, Acting Clerk of Court

                                        *s/Tina Gray*, **Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**